UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

GARY A. ROBINSON,

    Plaintiff,

v.                               Civil Action No. 8:23-cv-01454-PX

TRANS UNION, LLC and UPGRADE, INC.,

    Defendants.

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, GARY A. ROBINSON ("Plaintiff") and Defendant, UPGRADE, INC. ("Upgrade") *only,* and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Upgrade, in the above styled action, with Plaintiff and Upgrade to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of April, 2024.

DATED: April 3, 2024

                                        By: *Drew D. Sarrett*
                                        Tara B. Keller ID 2230
                                        CONSUMER LITIGATION ASSOCIATES, P.C.
                                        763 J. Clyde Morris Blvd.,
                                        Suite 1-A
                                        Newport News, VA 23601
                                        Telephone: (757) 930-3660
                                        Facsimile: (757) 930-3662
                                        Email: tara@clalegal.com

                                        Drew D. Sarrett (pro hac vice)
                                        CONSUMER LITIGATION ASSOCIATES, P.C.
                                        626 East Broad Street, Suite 300
                                        Richmond, VA 23219
                                        Telephone: (757) 930-3660
                                        Facsimile: (757) 930-3662 Email:drew@clalegal.com
                                        Counsel for Plaintiff

/s/ *Alexander R. Green*

Alexander R. Green
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW
Suite 420
Washington, DC 20004
202-802-9945
Email: agreen@mcglinchey.com
Counsel for Upgrade, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Drew D. Sarrett*
Drew D. Sarrett (pro hac vice)
CONSUMER LITIGATION ASSOCIATES, P.C.
626 East Broad Street, Suite 300
Richmond, VA 23219
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email:drew@clalegal.com
Counsel for Plaintiff